IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNY LISNAWATI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.: 12-cv-01711 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

　　　　Now pending before the Court is Defendant's Motion to Dismiss, filed June 26, 2012.[1] (Dkt. No. 9.)  Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b).  Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute.  Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 25, 2012.  If no response is received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

---

[1] Pursuant to 28 U.S.C. § 636(c), both parties consented to the jurisdiction of a United States Magistrate Judge. (Dkt. Nos. 5, 13.)

1  **IT IS SO ORDERED.**

2  Dated: July 17, 2012

3  _____
JACQUELINE SCOTT CORLEY

4  UNITED STATES MAGISTRATE JUDGE