IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNY LISNAWATI, | Case No.: 12-cv-01711 JSC |
| Plaintiff, | **DISMISSAL ORDER** |
| v. | |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

On July 17, 2012, this Court issued an Order to Show cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).[1] Plaintiff was directed to file a response to the Court's Order and a response to Defendants' Motion to Dismiss by July 25, 2012. To date, Plaintiff has not responded to the Court's Order or the pending motion.

Accordingly, the Court hereby DISMISSES this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: July 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c), both parties consented to the jurisdiction of a United States Magistrate Judge. (Dkt. Nos. 5, 13.)